Tanya E. Moore, Esq., SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA  95112
Telephone (408) 271-6600
Facsimile (408) 298-6046

Attorneys for Plaintiff
Eric Wardwell

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WARDWELL,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WENDY'S OF FRESNO, INC., et al.,<br><br>　　　　　Defendants. | No.  1:10-CV-00967-AWI-GSA<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Eric Wardwell and Defendants Wendy's of Fresno, Inc. and Desmond Family Real Estate Limited Partnership, the parties to this action, by and through their respective counsels, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned action be and hereby is dismissed with prejudice in its entirety.

Date: November 9, 2010                          MOORE LAW FIRM, P.C.


　　　　　　　　　　　　　　　　　　　　　　　　/s/Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　　　　Tanya Moore
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

*Wardwell v. Wendy's, et al.*
Stipulation for Dismissal

Page 1

Date: November 9, 2010                    DOWLING, AARON & KEELER, INC.


                                          /s/ Keith M. White
                                          Keith M. White, Attorneys for Defendants
                                          The Desmond Family Real Estate Limited
                                          Partnership and Wendy's of Fresno, Inc.
                                          Wendy's of Fresno, Inc.

## ORDER

    IT IS HEREBY ORDERED that this action is dismissed with prejudice in its entirety.


IT IS SO ORDERED.

Dated:  November 9, 2010                  _____
                                          CHIEF UNITED STATES DISTRICT JUDGE

*Wardwell v. Wendy's, et al.*
Stipulation for Dismissal

Page 2